1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CABN 233155)
   Assistant United States Attorney
4
        U.S. Attorney's Office/Civil Division
5       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
6       Telephone:   (415) 436-6967
        Facsimile:   (415) 436-6748
7       Email:       jennifer.s.wang@usdoj.gov

8  Attorneys for Federal Cross-Defendants
   West County Health Centers, Inc., Trina Bowen, M.D.
9  and United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

| | |
|---|---|
| JASPER GONZALES, by his Guardian Ad Litem, JENNA GONZALES,<br><br>            Plaintiffs,<br><br>    v.<br><br>RICK SIMONS, FURTADO, JASPOVICE & SIMONS, a law corporation, SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA, and DOES 1 through 20,<br><br>            Defendants.<br><br>SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA,<br><br>            Cross-Complainant,<br><br>    v.<br><br>TRINA BOWEN, M.D., WEST COUNTY HEALTH CENTERS, INC., and ROES 1-10,<br><br>            Cross-Defendants. | Civil Action No. C11-4319 LB<br><br><br><br><br><br><br><br><br><br><br><br><br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING FEDERAL CROSS-DEFENDANTS' TIME TO RESPOND TO CROSS-COMPLAINT |

STIP. & [PROPOSED] ORDER EXTENDING FED. CROSS-DEF'S TIME TO RESPOND TO CROSS-COMPL.
C11-4319 LB                              1

Defendant/cross-complainant Sutter Bay Hospitals dba Sutter Medical Center of Santa Rosa (hereinafter, "Sutter" or "defendant/cross-complainant") and the federal cross-defendants Trina Bowen, M.D. and West County Health Centers, Inc., by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff Jasper Gonzales, a minor, by and through his guardian ad litem, Jenna Gonzales, (hereinafter, "plaintiffs") filed a complaint against defendant Rick Simons and the law firm of Furtado, Jaspovice & Simons in the Superior Court of California, County of Sonoma, on or about December 21, 2010.

2. On or about February 2, 2011, plaintiffs filed a first amended complaint, adding Sutter as a defendant.

3. On or about June 17, 2011, Sutter filed cross-complaint against Trina Bowen, M.D., and West County Health Centers, Inc. (hereinafter, "federal cross-defendants").

4. On or about August 16, 2011, the United States Attorney's Office received notification from the United States Department of Health and Human Services about this pending lawsuit, and the federal cross-defendants filed a notice of removal on August 31, 2011.

5. To allow the federal cross-defendants sufficient to respond to the cross-complaint, defendant/cross-complainant Sutter and federal cross-defendants stipulate and agree to extend the federal cross-defendants' time to respond to the cross-complaint in the above-captioned case by 30 days, until October 7, 2011.

IT IS SO STIPULATED.

DATED: September 7, 2011         Respectfully submitted,

                                 MELINDA HAAG
                                 United States Attorney

                                 By: /s/ Jennifer S. Wang
                                     JENNIFER S. WANG
                                     Assistant United States Attorney

STIP. & [PROPOSED] ORDER EXTENDING FED. CROSS-DEF'S TIME TO RESPOND TO CROSS-COMPL.
C11-4319 LB                                    2

| | |
|---|---|
| 1 | DATED: September 7, 2011 |
| 2 | By: /s/ |
| 3 | TROY VAHIDI<br>LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES |
| 4 | Attorneys for Defendant and Cross-Complainant Sutter Bay Hospitals dba Sutter Medical Center of Santa Rosa |

### [PROPOSED] ORDER

Pursuant to stipulation, and good cause having been shown, it is ordered that the federal cross-defendants' deadline to respond to defendant/cross-complainant's cross-complaint in the above-captioned matter is extended to October 7, 2011.

IT IS SO ORDERED.

Dated: September 9, 2011

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

STIP. & [PROPOSED] ORDER EXTENDING FED. CROSS-DEF'S TIME TO RESPOND TO CROSS-COMPL.
C11-4319 LB                              3