1  LOUIS H. DE HAAS, STATE BAR NO. 39579
   **LA FOLLETTE, JOHNSON,**
2  **DE HAAS, FESLER & AMES**
   865 South Figueroa Street, Suite 3200
3  Los Angeles, California 90017-5431
   Phone:      (213) 426-3600
4  Facsimile:  (213) 426-3650

5  BARRY VOGEL, STATE BAR NO. 108640
   LARRY THORNTON, STATE BAR NO. 232265
6  **LA FOLLETTE, JOHNSON,**
   **DE HAAS, FESLER & AMES**
7  655 University Avenue, Suite 119
   Sacramento, California  95825
8  Phone:      (916) 563-3100
   Facsimile:  (916) 565-3704
9
   Attorneys for Defendant,
10 SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| JASPER GONZALES, by his Guardian Ad Litem, JENNA GONZALES,<br><br>  Plaintiff,<br>v.<br><br>RICK SIMONS, FURTADO, JASPOVICE & SIMONS, A LAW CORPORATION, SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA and DOES 1 through 20,<br><br>  Defendants.<br>_____<br>SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA,<br><br>  Cross-Complainant,<br>v.<br><br>TRINA BOWEN, M.D., WEST COUNTY HEALTH CENTERS, INC., and ROES 1-10,<br><br>  Cross-Defendants.<br>_____ | CASE NO. CV11-04319-SC<br><br>(~~PROPOSED~~) **ORDER GRANTING DEFENDANT AND CROSS COMPLAINANT SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA'S REQUEST FOR LEAD TRIAL COUNSEL TO BE EXCUSED FROM APPEARING AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Civil Local Rules, Rule 16-10(a)]**<br><br>Date:   March 9, 2012<br>Time:   10:00 a.m.<br>Place:  Courtroom 1, 17th Floor<br>        450 Golden Gate Avenue<br>        San Francisco, CA 94102<br>Before: Hon. Samuel Conti |

        Pursuant to Civil Local Rules, Rule 16-10(a), Defendant and Cross Complainant SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA respectfully requests

---

[Proposed] Order Granting Defendant and Cross-Complainant Sutter Bay Hospitals dba Sutter Medical Center of Santa Rosa's Request for Lead Trial Counsel to be Executed from Appearing at Initial Case Management Conference

1  that lead trial counsel, Louis H. De Haas, be excused from attending the Initial Case Management
2  Conference due to a calendar conflict, and to have defense counsel, Larry Thornton, personally
3  appear at the Initial Case Management Conference in the place and stead of Mr. De Haas. Mr.
4  Thornton is familiar with this case and has been involved in the discovery and investigation in this
5  case. Mr. De Haas is extensively involved in conflicting matters that require his immediate
6  attention.

## (PROPOSED) ORDER

**THE REQUEST IS GRANTED.**

Dated: 2/10/12 _____, 2012

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED* — Judge Samuel Conti