1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CABN 233155)
   Assistant United States Attorney
4
        U.S. Attorney's Office/Civil Division
5       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
6       Telephone:    (415) 436-6967
        Facsimile:    (415) 436-6748
7       Email:        jennifer.s.wang@usdoj.gov

8  Attorneys for the United States of America

9                       **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO DIVISION**

12 | JASPER GONZALES, by his Guardian Ad Litem, JENNA GONZALES, | ) | Civil Action No. C11-4319 SC |
|---|---|---|

                    Plaintiffs,

                 v.

   RICK SIMONS, FURTADO, JASPOVICE & SIMONS, a law corporation, SUTTER BAY HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA, and DOES 1 through 20,

                    Defendants.                    **STIPULATION AND [PROPOSED]**
   _____             **ORDER OF DISMISSAL OF TRINA**
   SUTTER BAY HOSPITALS dba SUTTER                 **BOWEN, M.D. AND WEST COUNTY**
   MEDICAL CENTER OF SANTA ROSA,                   **HEALTH CENTERS, INC. WITH**
                                                   **PREJUDICE**
                    Cross-Complainant,

                 v.

   TRINA BOWEN, M.D., WEST COUNTY HEALTH CENTERS, INC., and ROES 1-10,

                    Cross-Defendants.
   _____

        Subject to the approval of the Court, the parties, by and through their counsel of record, stipulate

   STIP. & [PROPOSED] ORDER DISMISSING TRINA BOWEN, M.D.
   & WEST COUNTY HEALTH CENTERS WITH PREJUDICE
   C11-4319 SC                              1

as follows:

1. This is a legal and medical malpractice action related to the birth of Jasper Gonzales in August 2004. Plaintiff is Jasper Gonzales, a minor, by and through his Guardian Ad Litem, Jenna Gonzales. Plaintiff filed a complaint alleging legal malpractice by defendant Rick Simons and Furtado, Jaspovice & Simons on or about December 21, 2010. On or about February 2, 2011, plaintiff filed an amended complaint alleging medical malpractice by defendant Sutter Bay Hospitals dba Sutter Medical Center of Santa Rosa ("Sutter").

2. Around June 17, 2011, defendant Sutter brought a third-party complaint naming Trina Bowen, M.D. and West County Health Centers, Inc. as third-party defendants.

3. Sutter's third-party complaint is an action against a federally funded health center and health center doctor. The plaintiff and Sutter allege in this action that third-party defendant Trina Bowen, M.D. was at the time of the events alleged in the amended complaint and third-party complaint acting in the scope of her employment at West County Health Centers, Inc. Under the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C § 233(g)-(n), third-party defendant West County Health Centers, Inc. is deemed part of the Public Health Service of the United States Department of Health and Human Services ("HHS"), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680 ("FTCA"), is the exclusive remedy for alleged torts committed by health center employees while acting within the course and scope of their employment. *See* 28 U.S.C. §§ 1346(b)(1), 2676, 2679.

4. The FTCA provides an exclusive remedy for Sutter, if there is any at all, and limits Sutter to an action against the United States of America, not against the individual federal actor or agency. 28 U.S.C. §§ 2679, 2676.

5. As a result of the foregoing, the parties hereby stipulate and agree that (1) Trina Bowen, M.D. and West County Health Centers, Inc. shall be dismissed with prejudice from the action; and (2) the United States of America shall be substituted into the action as the third-party defendant.

6. The caption for the third-party complaint shall be changed to SUTTER BAY

STIP. & [PROPOSED] ORDER DISMISSING TRINA BOWEN, M.D.
& WEST COUNTY HEALTH CENTERS WITH PREJUDICE
C11-4319 SC                                           2

HOSPITALS dba SUTTER MEDICAL CENTER OF SANTA ROSA, Third-Party Complainant

v. UNITED STATES OF AMERICA, Third-Party Defendant.

Dated: April 30, 2012                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney

                                          /s/ Jennifer S Wang
                                         JENNIFER S WANG
                                         Assistant United States Attorney

Dated: April 27, 2012                    TEAL MONTGOMERY & HENDERSON

                                          /s/ Michael S. Henderson
                                         MICHAEL S. HENDERSON
                                         Attorney for Plaintiff Jasper Gonzales, by
                                         his Guardian Ad Litem, Jenna Gonzales

Dated: April 30, 2012                    MURPHY PEARSON BRADLEY & FEENEY

                                          /s/ Arthur J. Harris
                                         ARTHUR J. HARRIS
                                         Attorneys for Defendants Rick Simons and
                                         Furtado, Jaspovice & Simons

Dated: April 30, 2012                    LA FOLLETTE, JOHNSON, DE HAAS,
                                         FESLER & AMES

                                          /s/ Larry Thornton
                                         BARRY VOGEL / LARRY THORNTON
                                         Attorneys for Defendant and Third-Party
                                         Complainant Sutter West Bay Hospitals dba Sutter
                                         Medical Center of Santa Rosa

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 5/1/12                            _____
                                         HON. SAMUEL CONTI
                                         United States District

*IT IS SO ORDERED. Judge Samuel Conti — United States District Court, Northern District of California (seal/signature)*

STIP. & [PROPOSED] ORDER DISMISSING TRINA BOWEN, M.D.
& WEST COUNTY HEALTH CENTERS WITH PREJUDICE
C11-4319 SC                              3