IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| J.G., by his Guardian Ad Litem, JENNA GONZALES,<br><br>        Plaintiff,<br>  v.<br><br>RICK SIMONS, FURTADO, JASPOVICE & SIMONS, SUTTER BAY HOSPITALS d/b/a SUTTER MEDICAL CENTER OF SANTA ROSE, and DOES 1 through 20,<br><br>        Defendants. | Case No. 11-4319 SC<br><br>ORDER RE: FEDERAL RULE OF CIVIL PROCEDURE 5.2 |

Federal Rule of Civil Procedure 5.2 states that if a filing contains a minor's name, the party making the filing may include only the minor's initials.  As materials in this case have used the minor plaintiff's name for more than a year now, the Court hereby reminds the parties to abide by Rule 5.2 in the future.

IT IS SO ORDERED.

Dated: MARCH  4 , 2013

_____
UNITED STATES DISTRICT JUDGE